No. 04–10147. HERNANDEZ v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 04–10148. HUTCHINS v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 04–10149. HEADRICK v. LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10151. GUINN, AKA QUINN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10153. THOMAS v. PAN AMERICAN TIRE CO. C. A. 9th Cir. Certiorari denied.

No. 04–10154. HUDSON v. KAPTURE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10155. HAIMS v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–10156. MEDINA GANDARINA v. HUERTA. C. A. 9th Cir. Certiorari denied.

No. 04–10157. HARVEY v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–10158. FORD v. ARMSTRONG. C. A. 5th Cir. Certiorari denied.

No. 04–10160. HEMBREE v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 04–10162. HARRIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10163. HALLMAN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.